IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZAFTR INC. n/k/a SVELLA FINANCIAL CORP.**<br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**JOHN KIRK and KIRK LAW PLLC,**<br>　　　　**Defendants,**<br><br>　　　　v.<br><br>**NATIONAL LIABILITY & FIRE INSURANCE COMPANY d/b/a ATTORNEY PROTECTIVE,**<br>　　　　**Garnishee.** | **CIVIL ACTION**<br><br><br><br>**NO. 24-2702** |

## O R D E R

**AND NOW**, this 29th day of October, 2025, upon consideration of: (1) Plaintiff's Motion for Judgment on the Pleadings (ECF No. 47) and Garnishee's Response in Opposition (ECF No. 51); and (2) Garnishee's Motion for Judgement on the Pleadings (ECF No. 49), and Plaintiff's Response in Opposition (ECF No. 50), **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Judgment on the Pleadings (ECF No. 47) is **DENIED.**

2. Garnishee's Motion for Judgment on the Pleadings (ECF No. 49) is **GRANTED**, and Plaintiff's Interrogatories in Attachment (ECF No. 42) are **DISMISSED WITH PREJUDICE** as pleaded against Garnishee.

3. The Clerk of Court is **DIRECTED** to **TERMINATE** this matter and mark it as **CLOSED.**

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　**S/ WENDY BEETLESTONE**
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, C.J.**